# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:24-cv-00187 | 1:24-cv-07116 |
| 1:24-cv-00194 | 1:24-cv-07121 |
| 1:24-cv-02166 | 1:24-cv-07122 |
| 1:24-cv-02260 | 1:25-cv-00023 |
| 1:24-cv-02264 | 1:25-cv-00067 |
| 1:24-cv-02298 | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

> Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
> Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
> William Cook Europe ApS

Dated: February 12, 2025

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson